**FILED**

**Dec 03, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CASHMIR CHINEDU LUKE,<br>AKA CHINEDU CASHMIRE OSUAGWU,<br>AKA CASHMER C. OSUAGWU,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:25-MJ-00064-SKO<br><br>ORDER UNSEALING COMPLAINT |

　　Good cause due to the Defendant; pending appearance and the Defendant's initial appearance following his arrest in the Northern District of California, it is hereby ordered that the Complaint against the Defendant in the above-captioned case be unsealed.

DATED:　　12/2/25

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE