JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600

Attorneys for Defendant
CASHMIR CHINEDU LUKE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASHMIR CHINEDU LUKE,<br><br>    Defendant. | CASE NO. CR 25-cr-0230- JLT-SKO<br><br>STIPULATION TO SET ARRAIGNMENT AND EXCLUDE TIME FROM DATE OF THIS FILING TO JANUARY 20, 2026, AND ORDER |

The United States of America ("the government") and defendant CASHMIR CHINEDU LUKE (collectively, "the parties"), through undersigned counsel, hereby stipulate and agree to request that the Court set the above-captioned matter for arraignment on January 20, 2026 at 2:00 p.m.

The parties also jointly request that time be excluded under the Speedy Trial Act from the date of this filing to January 20, 2026. This time exclusion will allow recently added defense counsel to prepare, including by reviewing the docket and prior filings, some discovery already produced, meeting with the defendant, and preparing for the next hearing, at which defense counsel intends to have a bail motion heard

While the parties understand that time under the Speedy Trial Act generally does not run

1 until the defendant has been arraigned in the charging district, the parties stipulate to the exclusion
2 of time to account for the extended time period before indictment requested by defense counsel to
3 prepare.

4 For this reason, the parties stipulate and agree that excluding time from the date of this
5 filing to January 20, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.
6 § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
7 excluding the time from the date of this filing to January 20, 2026, from computation under the
8 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18
9 U.S.C. § 3161(h)(7)(A), (B)(iv).

10 Undersigned defense counsel certify that they have obtained approval
11 from government counsel to file this stipulation and proposed order.

13 IT IS SO STIPULATED.

14 DATED: December 16, 2025                    /s/   Calvin Lee

15                                             CALVIN LEE
                                                Assistant United States Attorney

18 DATED: December 16, 2025                    /s/   Julia Jayne

19                                             JULIA M. JAYNE
                                                Counsel for Defendant

STIPULATION   2
Case No. CR-25-0230-JLT-SKO

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that arraignment shall be set for January 20, 2026 at 2:00 p.m.. The defendant is ordered to appear.

Furthermore, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from the date of this order to January 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from the date of this order to January 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from the date of this order to January 20, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: __December 16, 2025__

STANLEY A. BOONE
United States Magistrate Judge