# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00230-JLT-SKO |
| Plaintiff, | ORDER DENYING MOTION FOR BAIL REVIEW |
| v. | (ECF No. 12) |
| CASHMIR CHINEDU LUKE, | |
| Defendant. | |

On January 14, 2026, Defendant Cashmir Chinedu Luke filed a motion for bail review based upon changed circumstances that (1) Defendant proposes a $100,000 secured bond backed by real property owned by his brother and sister-in-law in Antioch, California, in addition to an unsecured bond in an amount selected by the Court; (2) Defendant's sister can serve as a third-party custodian; and (3) Defendant agrees to GPS electronic monitoring. (ECF No. 12.) On January 16, 2026, the Government filed its opposition, and Defendant filed his reply the same day. (ECF Nos. 13, 14.) On January 20, 2026, the Court held a hearing on the matter. Defendant appeared in custody with counsel Julia Jayne. Counsel Calvin Lee appeared on behalf of the Government. Having considered the moving and opposition papers, as well as the arguments presented at the hearing, the Court will deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required

and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's new information does not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community.  Therefore, Defendant's motion for bail review (ECF No. 12) is DENIED.  The Defendant shall remain detained.

IT IS SO ORDERED.

Dated:    **January 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2