# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00230-JLT-SKO-1 |
| Plaintiff, | ORDER DIRECTING COUNSEL FOR DEFENDANT TO RENOTICE MOTION TO WITHDRAW |
| v. | |
| CASHMIR CHINEDU LUKE, | (ECF No. 19) |
| Defendant. | |

On January 29, 2026, counsel for Defendant Cashmir Chinedu Luke filed a motion to withdraw as counsel. (ECF No. 19.) However, counsel did not properly notice the motion, setting it on calendar. L.R. 430.1(d). Therefore, the Court DIRECTS counsel for Defendant to renotice the motion to withdraw, setting a hearing on the matter on the regularly scheduled magistrate court duty calendar.

IT IS SO ORDERED.

Dated: __**January 29, 2026**__

STANLEY A. BOONE
United States Magistrate Judge