JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600

Attorneys for Defendant
CASHMIR CHINEDU LUKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASHMIR CHINEDU LUKE,<br><br>Defendant. | CASE NO. CR 25-cr-0230- JLT-SKO<br><br>AMENDED STIPULATION TO CONTINUE DEADLINES FOR FILING A REVIEW OF DETENTION ORDER PURSUANT TO 18 U.S.C. § 3145(b) AND LOCAL RULE 430.1(j) |

The United States of America ("the government") and defendant CASHMIR CHINEDU LUKE (collectively, "the parties"), through undersigned counsel, hereby stipulate and agree to request that the deadline for Mr. Luke to file a motion for review pursuant to 18 U.S.C. § 3145(b) may be extended to March 2, 2026.

Pursuant to Local Rule 4301.(j), the deadline would otherwise be February 3, 2026. Mr. Luke requests additional time to consider and prepare this filing.

The reason for the requested continuance is that Mr. Luke's present counsel has filed a motion to withdraw as counsel. While that motion has not yet been adjudicated, extension of the filing deadline would provide new counsel with sufficient time to become familiarized with the record in order to make a determination as to whether to seek review of the detention order.

Additionally, a February 3, 2026 filing deadline would interfere – and contradict – any potential plea negotiations by the parties.

Further, as of the present date, Defendant does not have the resources to order a transcript, a necessary component for a review motion. To date, the transcript has not been ordered. Finally, Mr. Luke's next court appearance is scheduled for May 6, 2026 at 1:00 p.m.

Undersigned defense counsel certify that they have obtained approval from government counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 29, 2026

_____Calvin Lee_____

CALVIN LEE
Assistant United States Attorney

DATED: January 29, 2026

_____Julia Jayne_____

JULIA M. JAYNE
Counsel for Defendant

## ORDER

IT IS HEREBY ORDERED the deadline for Mr. Luke to file a motion for review pursuant to 18 U.S.C. § 3145(b) is extended to March 2, 2026.

IT IS SO ORDERED.

Dated:   **January 29, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION
Case No. CR-25-0230-JLT-SKO

2