# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASHMIR CHINEDU LUKE,<br><br>Defendant. | Case No. 1:25-cr-00230-JLT-SKO-1<br><br>ORDER DENYING REQUEST TO APPEAR REMOTELY FOR FEBRUARY 9, 2026 HEARING<br><br>(ECF No. 28.) |

Before the Court is a request from Defendant Cashmir Chinedu Luke for his counsel and Defendant to appear remotely for the February 9, 2026 hearing on the motion to withdraw as counsel. (ECF No. 28.)  Upon consideration of the reasons offered in support and that video appearances are only limited to Fed. R. Crim. P. Rule 5 and 10 proceedings, the Court finds that no statutory authority and/or adequate basis has been proffered for the remote appearance of either counsel or Defendant.  Accordingly, the Court DENIES the request.

IT IS SO ORDERED.

Dated:  **January 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge