# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00230-JLT-SKO-1 |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST TO WAIVE APPEARANCE AT FEBRUARY 9, 2026 HEARING |
| v. | |
| CASHMIR CHINEDU LUKE, | (ECF Nos. 31, 32) |
| Defendant. | |

Before the Court is Defendant's second request to waive his personal appearance at the February 9, 2026 hearing on counsel for Defendant's motion to withdraw as counsel. As Defendant discusses it in his request, the Court is aware of Federal Rule of Criminal Procedure 43, which outlines when a defendant's presence is required and not required. This does not change the Court's previous analysis. (ECF No. 30.) Because the hearing is related to a change in counsel for the defendant in his criminal case, it is an important hearing for him to attend and observe.

Accordingly, Defendant's second request to waive personal appearance at the February 9, 2026 hearing is DENIED.

IT IS SO ORDERED.

Dated:  **February 2, 2026**  _____

STANLEY A. BOONE
United States Magistrate Judge