JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600

Attorneys for Defendant
CASHMIR CHINEDU LUKE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-cr-0230- JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO MOVE HEARING DATE |
| v. | |
| CASHMIR CHINEDU LUKE, | |
| Defendant. | |

The United States of America ("the government") and defendant CASHMIR CHINEDU LUKE (collectively, "the parties"), through undersigned counsel, hereby stipulate and respectfully request that the hearing on Mr. Luke's Motion to Withdraw as Counsel, currently scheduled for February 9, 2026, be rescheduled to February 6, 2026.

This stipulated request is based on a change in defense counsel's availability. A previously scheduled court appearance in the Northern District of California on February 6, 2026 has since been continued, and in light of this development, as well as other case-related scheduling considerations, February 6, 2026 is a more suitable date for the hearing for counsel.

Undersigned defense counsel certify that they have obtained approval from government counsel to file this stipulation and proposed order.

STIPULATION
Case No. CR-25-0230-JLT-SKO

IT IS SO STIPULATED.

DATED: February 4, 2026                        Calvin Lee

                                        CALVIN LEE
                                        Assistant United States Attorney

DATED: February 4, 2026                        Julia Jayne

                                        JULIA M. JAYNE
                                        Counsel for Defendant

## ORDER

Upon consideration of the Parties' Stipulation and Request to Reschedule the hearing on Mr. Luke's Motion to Withdraw as Counsel, and for good cause shown, IT IS HEREBY ORDERED that the hearing currently scheduled for February 9, 2026 is VACATED and RESET for February 6, 2026 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **February 4, 2026**

                                        STANLEY A. BOONE
                                        United States Magistrate Judge