**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, #105811
 pjones@wjhattorneys.com

Attorneys for:     Defendant CASHMIR CHINEDU LUKE

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-CR-00230-1-JLT |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S BAIL REVIEW HEARING** |
| v. | |
| CASHMIR CHINEDU LUKE | |
| Defendant. | **Date:**     **March 18, 2026**<br>**Time:**     **2:00 p.m.**<br>**Judge:**    **Hon. Stanley A. Boone**<br>**Dept.:**     **9** |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his new counsel of record, stipulate as follows:

By previous order this matter was set on March 18, 2026, at 2:00 p.m., for Defendant's Bail Review Hearing to be heard.  Both parties hereby stipulate that the date for that hearing be continued to April 1, 2026, at 2:00 p.m.  The reason for the continuance is the recent appointment of new counsel, Peter M. Jones, for the Defendant.

///

///

**IT IS SO STIPULATED.**

STIPULATION TO CONTINUE DEFENDANT'S BAIL REVIEW HEARING; [PROPOSED] ORDER

Dated: March 12, 2026                    WANGER JONES HELSLEY PC


                                         By: _Peter M. Jones_____
                                             Peter M. Jones
                                             Attorneys for Defendant
                                             CASHMIR CHINEDU LUKE


Dated: March 12, 2026                    ERIC GRANT
                                         UNITED STATES ATTORNEY


                                         By: _/s/ Joseph Barton_____
                                             Peter M. Jones
                                             Attorneys for Defendant
                                             CASHMIR CHINEDU LUKE


## ORDER


    Good cause appearing, Defendant, Cashmir Chinedu Luke's Bail Review Hearing set for Wednesday, March 18, 2026, at 2:00 p.m., is hereby continued to Wednesday, April 1, 2026, at 2:00 p.m.


    **IT IS SO ORDERED.**


Dated:   **March 12, 2026**                    _/s/ Sheila K. Oberto_____
                                         UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE DEFENDANT'S BAIL REVIEW HEARING; [PROPOSED] ORDER**