# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASHMIR CHINEDU LUKE,<br><br>Defendant. | Case No. 1:25-cr-00230-JLT-SKO<br><br>ORDER DENYING SECOND MOTION FOR BAIL REVIEW<br><br>(ECF Nos. 41, 51) |

On February 24, 2026, Defendant Cashmir Chinedu Luke filed a motion to revoke the order of detention/ and/or a bail review stating that (1) Defendant's sister has offered the equity in her home in Antioch, California; (2) Defendant's sister agrees to serve as a third-party custodian; (3) Defendant agrees to reside with his sister and not change his residence without prior approval of the pretrial services officer; and (4) Defendant agrees to GPS electronic monitoring. (ECF No. 41.) On February 26, 2026, the Government filed its opposition. (ECF No. 45.) On March 25, 2026, Defendant filed a "third" motion for bail review or supplement to the second motion field on February 24 stating that both Defendant's nephew and his sister-in-law agree to serve as a third-party custodian, and that his sister-in-law is willing to put up her property for bond in the amount of $100,000 if necessary. (ECF No. 51.) The Government filed its opposition on March 30, 2026. (ECF Nos. 51, 52.) On April 1, 2026, the Court held a hearing on the matter. Defendant appeared in custody with counsel Peter Jones and Counsel Calvin Lee appeared on behalf of the Government. Having considered the moving and opposition papers, as well as the arguments presented at the hearing, the Court will deny

Defendant's motions for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's motions do not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community. Therefore, Defendant's motions for bail review (ECF Nos. 41, 51) are DENIED. The Defendant shall remain detained.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge