ERIC GRANT
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00230-JLT-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CASHMIR CHINEDU LUKE, AKA CHINEDU CASHMIRE OSUAGWU, AKA CASHMIRE C. OSUAGWU, | DATE: May 6, 2026 TIME: 1:00 p.m. COURT: Hon. Stanley A. Boone |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set status conference on May 6, 2026.

2.     By this stipulation, the parties now move to continue the status conference to June 24, 2026, and to exclude time between May 6, 2026, and June 24, 2026.

3.     The parties agree and stipulate, and respectfully request that the Court find the following:

a)     On March 11, 2026, counsel for defendant entered his notice of appearance in this matter following withdrawal of defendant's prior counsel.

b)     The government has represented that the discovery associated with this case includes investigation reports, the Defendant's recorded statements, healthcare data, and

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

1

financial transactional records. All of this discovery has been produced to counsel.

c)      The government has learned of additional tax misconduct by the defendant that may be subject to a superseding indictment. The government is in the process of preparing this discovery for review by the defendant.

d)      The parties, however, remain in negotiations to resolve both the healthcare fraud charges in the indictment and any potential tax charges the government may supersede the indictment with.

e)      Counsel for defendant believes that the additional requested time would permit him to confer with his client about the pending superseding charges, review new discovery that the government is producing relevant to the superseding charges, and discuss potential global resolutions with the defendant.

f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)      The government does not object to the continuance.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2026 to June 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

Dated:  April 29, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated:  April 29, 2026

/s/ Peter Jones
Peter Jones
Counsel for Defendant
Cashmir Chinedu Luke

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the May 6, 2026, status conference before this Court in case number 1:25-cr-00230-JLT-SAB is continued to June 24, 2026, before this Court with time between May 6, 2026, and June 24, 2026, excluded under 18 U.S.C.§ 3161(h)(7)(A), B(iv) for defense review of the discovery associated with the case as well as issues related to any superseding indictment.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE AND EXCLUDE TIME

3