AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.
CASHMIR CHINEDU LUKE, AKA Chinedu Cashmire Osuagwu, AKA Cashmire C. Osuagwu
*Defendant*

Case No. 1:25-cr-00230-JLT-SAB

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/16/2026

*Defendant's signature*

*Signature of defendant's attorney*

Peter M. Jones
*Printed name of defendant's attorney*

Nov. 9, 2026
*Judge's signature*

Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*